IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRO RAMIREZ,** | 1:08-cv-01743-TAG HC |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **ROBERT HERNANDEZ,** | **(Doc. 11)** |
| Respondent. | |

Petitioner is a state prisoner proceeding *pro se* on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 22, 2009, Respondent filed the instant motion requesting an extension of time to file an answer. (Doc. 11). Respondent's counsel contends that she prepared a motion to dismiss in lieu of an answer, concluded that the motion may not have been well-taken, and intends to file a formal answer.[1/] The Court has read and considered Respondent's motion, finds that good cause exists to grant it, and makes the following orders:

   1. Respondent's motion for an extension of time to file an answer (Doc. 11), is GRANTED; and

   2. Respondent shall have to and including February 25, 2009 to file an answer to the petition.

IT IS SO ORDERED.

Dated:   **January 22, 2009**                                    /s/ Theresa A. Goldner
                                                                 UNITED STATES MAGISTRATE JUDGE

---

   1. In accordance with the Court order requiring Respondent to file a response, an answer must address the merits of the petition.