IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRO RAMIREZ,** <br><br> Petitioner, <br><br> v. <br><br> **ROBERT HERNANDEZ,** <br><br> Respondent. | 1:08-cv-01743-TAG HC <br><br> **ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER** <br><br> **(Doc. 16**) |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 24, 2009, Respondent filed the instant motion requesting a three-week extension of time to file an answer to the petition. (Doc. 16). As grounds therefore, Respondent's counsel reports that she has prepared a draft answer and memorandum of points and authorities, and requests additional time to refine a legal argument addressing Petitioner's claims under Crawford v. Washington, 541 U.S. 36, 124 S. Ct. 1354 (2004).

The Court has read and considered Respondent's motion, finds that good cause exists to grant it, and makes the following orders:

1. Respondent's motion for an extension of time to file an answer (Doc. 16), is GRANTED; and

2. Respondent shall have to and including March 18, 2009 to file an answer.

IT IS SO ORDERED.

Dated:   **February 24, 2009**                             **/s/ Theresa A. Goldner**
                                                                          UNITED STATES MAGISTRATE JUDGE